JOHN GALLAGHER, Appellant, *v.* JAMES P. KEATING, as Commissioner of Highways of the City of New York, et al., Respondents.

*Gallagher* v. *Keating*, 57 App. Div. 626, affirmed.
(Argued May 7, 1902; decided May 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Isaac M. Kapper* for appellant.

*George W. Wingate, William J. Kelly* and *George L. Rives, Corporation Counsel* (*James McKeen* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT and WERNER, JJ. Absent: PARKER, Ch. J. Not sitting: CULLEN, J.